MARIE A. THRIFT v. FOOD LION, INC., AND TRIANGLE ICE CO., INC.

No. 394A93

(Filed 6 May 1994)

Appeals by plaintiff and defendant Food Lion, Inc. pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 111 N.C. App. 758, 433 S.E.2d 481 (1993), affirming a judgment entered 13 March 1992 by McHugh, J., in Superior Court, Forsyth County. Heard in the Supreme Court 12 April 1994.

*Metcalf, Vrsecky & Beal, by Anthony J. Vrsecky, for plaintiff-appellant.*

*Womble, Carlyle, Sandridge and Rice, by Allan R. Gitter and Lawrence Pierce Egerton, for defendant-appellant Food Lion, Inc.*

*Nichols, Caffrey, Hill, Evans & Murrelle, by Paul D. Coates and ToNola D. Brown, for defendant-appellee Triangle Ice Company, Inc.*

PER CURIAM.

Reversed for the reasons stated in the dissenting opinion in the Court of Appeals. The case is remanded to the Court of Appeals for further remand to Superior Court, Forsyth County, for further proceedings consistent with this opinion.

REVERSED AND REMANDED.